6950.   MARTIN *v.* THE STATE.

WADE, J.   1.   The guilt or innocence of the accused in this case depended entirely upon circumstantial evidence, and it was therefore obligatory upon the trial judge, even in the absence of a timely written request, to charge the jury as to the force and effect of circumstantial evidence in criminal cases.   *Weaver* v. *State*, 135 *Ga.* 317, 320 (69 S. E. 488), and cases there cited.

2. The trial judge therefore erred in overruling the motion for a new trial.
        *Judgment reversed.*

DECIDED JANUARY 20, 1916.

Accusation; from city court of Floyd county—Judge Reece. September 21, 1915.

*Eubanks & Mebane,* for plaintiff in error.

*C. H. Porter, solicitor,* contra.